# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DEVORE MCDONALD,** | ) | **CASE NO.  1:06CV1002** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | **Magistrate Judge George J. Limbert** |
| | ) | |
| **WARRENSVILLE HEIGHTS CITY SCHOOLS BOARD OF EDUCATION,** | ) ) ) ) | **ORDER** |
| | ) | |
| **DEFENDANTS.** | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff and Defendants stipulate to the voluntary dismissal of this action without prejudice.

**IT IS ORDERED** that the docket be marked, settled and dismissed, without prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

    **/s/ Peter C. Economus - July 31, 2006**
    **PETER C. ECONOMUS**
    **UNITED STATES DISTRICT JUDGE**

-1-